AMERICAN TRUST & SAVINGS BANK OF CHICAGO v. FOSTER.

BANKS AND BANKING—DEPOSITORS—WHO ARE.
　　Case ruled by *State Savings Bank of Detroit* v. *Foster, ante,* 268.

Appeal from Ingham; Person, J. Submitted June 14, 1898. Decided October 3, 1898.

Petition by the American Trust & Savings Bank of Chicago against Seymour Foster, receiver of the People's Savings Bank of Lansing, to compel the payment of a dividend. From an order dismissing the petition, petitioner appeals. Affirmed.

*Jay P. Lee* and *Bartlett Wiley*, for petitioner.

*Russell C. Ostrander* (*Cahill & Ostrander*, of counsel), for respondent.

LONG, J.   It appears in this case that the moneys in controversy were borrowed by the People's Savings Bank from the petitioner.   The petitioner is not a depositor, within the meaning of the banking law, and not entitled to claim any part of the dividend arising from the fund recovered against the stockholders.   The case is governed by *State Savings Bank of Detroit* v. · *Foster, ante,* 268.

The order below must be affirmed, with costs in favor of respondent.

GRANT, C. J., HOOKER and MOORE, JJ., concurred with LONG, J.

MONTGOMERY, J.   My views are expressed in *State Savings Bank of Detroit* v. *Foster, ante,* 273.